SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

42 U.S.C. §1983

TONY SHAW

Plaintiff,

-vs-

1.) Security Guard John Doe "Sylvester";
2.) Allied Barton Security Services, LLC,
Defendants

AMENDED COMPLAINT

Civil Action No. 13 Cv. 4836 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11/1/13

---

## I. STATEMENT OF JURISDICTION AND VENUE

1.) This is a civil action seeking relief and damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant 42 U.S.C. §1983 The Court has Jurisdiction over the actione pursuant 28 U.S.C. § § 1331, 1343(3) and (4), and 2201.

The SOUTHERN DISTRICT is an appropriate venue under 28 U.S.C. § 1391(b)(2) because it is where the events giving rise to this claim occured.

---

RECEIVED
NOV - 1 2013
PRO SE OFFICE

## II. PARTIES TO THIS ACTION

2.) **Plaintiff - 1:** **Tony Shaw, Din 12A2399**
**Address :** Groveland Corr. Facility
PO Box 50
Sonyea, NY 14556-0050

3.) **Defendant - 1:** **Securit Guard John Doe, "Sylvester",**
**Address :** employed by Allied Barton Security
Unknown Address

4.) **Defendant - 2:** **Allied Barton Security Services, LLC,**
**Address :** Security Contractor/Company
Unknown Address

5.) Defendants are Sued in **Individual** and **Official** Capacity.

---

## III. PREVIOUS LAWSUITS

6.) Plaintiff began a 42 U.S.C. §1983, filed on 7-17-13, dealing with the same facts as herein stated: Civil Docket Case No. 1:13-cv-04836-LAP; Complaint was dismissed without prejudice,

by Judge L.A. Preska, on October 15, 2013, due to the fact that Plaintiff had filed the Complaint with Two (2) un-related Claims. Judge Preska then gave Plaintiff an additional Docket No. (1:13-cv-06885-LAP), for that Second Claim, which Plaintiff will file seperately from claim herein.

7.) Plaintiff has begun NO other lawsuits, that relate to his present imprisonment/sentence.

---

## IV. STATEMENT OF CLAIM

8.) Due Process Rights, **FOURTEENTH AMENDMENT;**

9.) Rightto be Free From Unreasonable Searches and Seizures, **FOURTH AMENDMENT;**

10.) Right to be Free From Cruel and Unusual Punishment, **EIGHTH AMENDMENT.**

---

## V. FACTS

11.) **Place where Complaint Accrued:** Time Square Hotel, 225 W. 43rd Street, at Common Ground DHS (dept. Homeless Srvc.)

12.) **Date Complaint Accrued:** August 25, 2010

13.) **Description of Incident leading to Complaint:** On the above date, and at the above place, Plaintiff was residing at, while Plaintiff was heavily medicated (mental Health med.), and became a little upset, due to a negative phone call. Foresaid **Defendant - 1**, Security Guard 'Sylvester', upon seeing that the Plaintiff was not well 'emotionally' then asked Plaintiff if he "would like to be escorted back to Room 936," where the Plaintiff was residing. Without the Plaintiffs Consenting to being escorted to his room, Def. - 1 told him "its not a choice", and proceeded to escort him to room 936. Upon entering his room,Plaintiff was asked by Def. - 1: **"Do you want a 'blowjob'?"**, Plaintiff responded that **"NO!"**, and pushed Def.-1 away from him (this occured while plaintiff was lying in his bed, because Def.1 had ordered him to do so), while Def. 1 attempted to pull the plaintiff's pants down, Plaintiff jumped up from his bed, at which point Def. 1 backed a short distance away from Plaintiff, un-zipped his pants, thereby **exposing his Penis to Plaintiff,** and asked **"Is yours bigger than MIne"?**, Plaintiff responded to this by yelling **"Leave now, Get Out"!, at** which point Def. 1 did exit Plaintiff's room 936.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK 42 U.S.C. S1983

14.) Post Incident: Plaintiff reported Incident to the **Facility Senior Counselor** on site **Mr. Paul Dorasen** (who then encouraged Plaintiff to File a Police Report), **Police Report** was then **Filed** the **following day**, and is attached hereto, Plaintiff also reported incident to **John Scott (Therapist)**, and **Alvin Ruiz (Psychiatrist)**, both of whom are located at **80 Vandam Street, Behavior Health Center New York, NY 10013.** Plaintiff also had the Senior Counselor **review Video Surveilance Tape**, which showed **Def - 1** in the Plaintiffs Room for an **un-explainable amount of time.** As a result of this Incident **Defendant - 1 was Fired/Removed from from working at the Facility.**

---

## VI. LEGAL CLAIMS

15.) Plaintiff realleges and incorporates by reference paragraphs: V.11 - 14.

16.) The Public Lewdness, Sexual Assault, and unsafe conditions, violated Plaintiff Tony Shaw's Rights and Constituted Cruel and Unusual Punishment an **EIGHTH & FOURTEENTH AMENDMENT** Violation to the Constitution of the United States. In addition to **FOURTH AMENDMENT** Violation when Security Guard Def - 1, did attempt to 'Touch Plaintiff Inappropriately' and/or 'Take his Pants Off' in direct Violation/Opposition to United States Constitution, 'Sexual Assault'.

17.) The Plaintiff has no Plain, adequate, or Complete Remedy at Law to redress the Wrong(s) described herein. Plaintiff has been and will continue to be irrepairably injured by the Conduct of the Defendants unless the Court grants Relief which Plaintiff seeks to **Compensate and Punish** Defendant(s) for their **Direct** and/or **Indirect Violation** of Plaintiffs Constitutional Rights.

---

## VII. PRAYER FOR RELIEF

**WHEREFORE, Plaintiff respectfully Prays that this Court enter Judgment Granting Plaintiff the Following;**

18.) A Declaration that the Acts or Ommissions described herein Violated Plaintiff's Rights under the Constitution and Laws of the United States.

19.) **Compensatory Damages** in the Amount of $ 5, 000, 000 ;

20.) **Punitive Damages** in the Amount of $ 5, 000,000 against **Each Defendant (1 & 2)**, Specifically against **Def - 1** in His **Direct Violation of Plaintiffs Constitutional Rights**; and against

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

42 U.S.C. §1983

**Defendant** - 2 for **Allied Barton Security Service's, LLC, Indirect Violation of Plaintiff's Constitutional Rights,** both **Individually,** and in Their **Official Capacity,** for its Failure to properly train and screen its Actual Employees.

21.) A **Jury Trial** on all Issues Triable by a Jury.

22.) Plaintiff's Costs in this Suit, including Filing Fee.

23.) Any additional Relief this Court may Deem Just, Proper, and Equitable.

**DATED:** October 29, 2013

**Respectfully Submitted,** TONY SHAW

**Tony Shaw, Plaintiff**
**Groveland Corr. Fac.**
**PO Box 50**
**Sonyea, NY 14556-50**

---

**VERIFICATION**

STATE OF NEW YORK )
)ss.:
COUNTY OF LIVINGSTON )

I, TONY SHAW, **Plaintiff herein,** and I have read the foregoing Complaint and hereby Verify that the matters alleged therein are true, except as to those matters alleged on information and belief, and, as to those matters, I believe them to be true. I Certify under Penalty of Perjury that the foregoing is Correct and True.

Groveland Corr

Sworn To Before Me This 21 day of Oct, 2013

NOTARY PUBLIC

JAMES L. AUSTIN JR.
NOTARY PUBLIC STATE OF NEW YORK
#01AU6137639
MY COMMISSION EXPIRES 12/5/13
CATTARAUGUS CO.

Tony Shaw, Plaintiff, pro se
Groveland Corr. Facility
PO Box 50, Sonyea, NY 14556-50



POLICE DEPARTMENT
LEGAL BUREAU
F.O.I.L. Unit, Room 110C
One Police Plaza
New York, NY 10038

G.R.V.C.
Tony Shaw 3491106308
0909 Hazen Street
East Elmhurst NY 11370

9/14/2011

File # 2011-PL-5377
Your File #

Dear Sir or Madam:

This is in response to your letter dated 9/3/2011 which was received by this office on 9/9/2011 in which you requested access to certain records under the Freedom of Information Law, N.Y. Public Officers Law (POL) §§ 84 et seq. (FOIL).

Before a determination can be rendered, further review is necessary to assess the potential applicability of exemptions set forth in FOIL, and whether the records can be located. In order to process your request, we require the following additional information:

Type of Incident Reported: Sex Assault

Precinct of Incident: 14

Location of Incident: 255 W 43 ST

Date of Incident: 8/25/10

Other: Security Guard From Allied Barton, Sylvester

You must provide this information to this unit within thirty days of the date of this letter, addressed to the attention of Associate Investigator Hippolyte, who has been assigned to handle your case. Failure to do so will result in this file being CLOSED.

This is not a denial of the records you requested. Should your request be denied in whole or in part, you will then be advised in writing of the reason for any denial, and of the name and address of the Records Access Appeals Officer.

Tony Shaw 1/22/2012

Note: This form must be notarized: (sex offense).

Sworn to before me this 22 day of February, 2012

[signature]

Commissioner

KISHA MURDAUGH
COMMISSIONER OF DEEDS
No. [illegible]
Qualified in Kings County
Commission Expires November 1 2013

Sincerely,

[signature]

Richard Mantellino
Lieutenant
Records Access Officer

RECEIVED
OCT - 4 2013
PRO SE OFFICE



POLICE DEPARTMENT
LEGAL BUREAU
F.O.I.L. UNIT, ROOM 110C
ONE POLICE PLAZA
NEW YORK, NY 10038

February 29, 2012

Tony Shaw 3491106308
G.R.V.C.
East Elmhurst NY 11370

File # 11PL105377
Your File #

Dear Sir or Madam:

This is in response to your letter dated, 9/3/11 in which you request access to certain records under the New York State Freedom of Information Law ("FOIL").

☒ Responsive to your request, the following document(s) have been accessed and/or photocopied: Complaint report(10245)

☒ Redactions have been made to the document(s) in that release of the information would represent an unwarranted invasion of personal privacy and would endanger the life and safety of any person {§ 87.2 (b) and (f)}.

☒ In total, 3page(s) have been copied. Please remit payment of $0.75

☒ Documents are enclosed.

☐ Upon receipt of payment, documents will be mailed.

**PAYMENT PROCEDURE**

Send check or money order **Payable to the "N.Y.C.P.D" (NO CASH)**

**Mail payment to:**
New York City Police Department, One Police Plaza –Room 110C, NYC 10038
**Note: Please include the FOIL number on the check or money order**

**APPEAL PROCEDURE**

You may appeal this decision or any portion thereof in <u>writing</u>, within thirty (30) days of the date of this letter, and forward it to:

**Jonathan David**
Records Access Appeals Officer, N.Y.C.P.D, One Police Plaza-Room 1406, NYC 10038-1497

Sincerely,

for Richard Mantellino
Lieutenant
Records Access Officer



# New York City Police Department
## Omniform System - Complaints



| Report Cmd: | Jurisdiction: | Record Status: | Complaint #: |
|---|---|---|---|
| 014 | N.Y. POLICE DEPT | Final, No Arrests | 2010-014-10245 |

**Occurrence Location:** INSIDE OF [redacted]
Name Of Premise: THE TIMES SQUARE COMMON GROUND
Premises Type: RESIDENCE - APT. HO
Location Within Premise: APARTMENT
Visible By Patrol?: NO

Precinct: 014
Sector: H
Beat: 1
Post: 85

**Occurrence From:** 2010-08-25 22:30 WEDNESDAY
Occurrence thru:
Reported: 2010-08-30 17:00
Complaint Received: WALK-IN

Aided #
Accident #
O.C.C.B. #

**Classification:** PUBLIC LEWDNESS
Attempted/Completed: COMPLETED
Most Serious Offense Is: MISDEMEANOR
PD Code: 661 LEWDNESS,PUBLIC
PL Section: 24500
Keycode: 360 LOITERING FOR DRUG PURPOSES

**Case Status:** OPEN
Unit Referred To: P.D.U.
Clearance Code:
Log/Case #: 0
File #: 35
Prints Requested? NO

| Was The Victim's Personal Information Taken Or Possessed? | Was The Victim's Personal Information Used To Commit A Crime? |
|---|---|
| NO | YES |

| Gang Related? | Gang Intel Log #: | Name Of Gang: | Child Abuse Suspected? |
|---|---|---|---|
| NO | | | NO |

| DIR Required? | Child in Common? | Intimate Relationship? |
|---|---|---|
| NO | NO | NO |

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
Crime Prevention Survey Requested?:

**If Arson:**
Structure:
Occupied?:
Damage by:

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: | Interpreter(if used): |
|---|---|---|
| | NO | |

NARRATIVE:
C/V WALKED INTO MTS PCT TO REPORT THAT AT T/P/O, WHILE HE WAS CHATTING ON THE PHONE, SECURITY VISITED HIS ROOM AND ASKED HIM TO LOWER HIS VOICE. C/V STATES THAT HE LOWERED HIS VOICE BUT 15 MINUTES LATER, C/V VISITED THE LOBBY AREA ANDASKED SECURITY HAD THEY WRITTEN HIM UP FOR YELLING IN HIS ROOM. A MALE SECURITY OFFICER, "SYLVESTER", TOLD C/V THAT THEY ARE NOT SURE IF THEY ARE GOING TO WRITE HIM UP. AFTERWARDS, "SYLVESTER" ESCORTED C/V BACK TO HIS ROOM AND TOLD C/V TO CALM DOWN BECAUSE C/V WAS HIGHLY UPSET AND EMOTIONAL OVER HIS PHONE CALL. "SYLVESTER" THEN ADVISED C/V TO LAY DOWN ON THE BED AT WHICH POINT "SYLVESTER" HOVERED OVER C/V AND ASKED C/V IF HE WANTED A BLOW JOB AS "SYLVESTER" ATTEMPTED TO PULL C/V'S PANTS DOWN. C/V LOOKED AT "SYLVESTER" IN SHOCK AND SHOVED "SYLVESTER'S" HANDS AWAY FROM HIM. C/V THEN JUMPED UP FROM THE BED AT WHICH POINT "SYLVESTER" BACKED AWAY FROM C/V. "SYLVESTER" THEN UNZIPPERED HIS PANTS AND PULLED OUT HIS PENIS AND ASKED C/V IF C/V'S PENIS IS BIGGER THAN HIS. C/V TOLD "SYLVESTER", "LEAVE NOW, GET OUT!" AND "SYLVESTER" LEFT C/V'S ROOM. C/V FURTHER STATES THAT HE IS ON PSYCHOTROPIX MEDICATION AND WAS HIGHLY MEDICATED BEFORE INCIDENT OCCURRED. C/V HAS NO EMAIL ADDRESS.

**No NYC TRANSIT Data for Complaint # 2010-014-10245**

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|



| 1 | 0 | 1 | 1 |
|---|---|---|---|

## VICTIM: # 1 of 1

Name: SHAW,TONY A

Complaint#: 2010-014-10245

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: MALE
Race: BLACK
Age[redacted]
Date Of Birth[redacted]
Disabled? NO
Need Interpreter: NO
Language:
N.Y.C.H.A Resident? NO

Gang Affiliation: NO
Name:
Identifiers:

Will View Photo: NO
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: NO

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANEN[redacted] | | | | | |

Phone #: HOME: 21[redacted]

Action against Victim:

Actions Of Victim Prior To Incident: UNKNOWN / NONE

Victim Of Similar Incident: NO

If Yes, When And Where

## REPORTER: # 1 of 1

Name: SHAW,TONY A

Complaint #: 2010-014-10245

Nick/AKA/Maiden:
Sex/Type: MALE
Race: BLACK
Age: [redacted]
Date Of Birth: [redacted]
Need Interpreter: NO
Language:

Gang Affiliation: NO
Name:
Identifiers:

Relationship To Victim:

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT [redacted] | | | | | |

Phone #: HO[redacted]

## WANTED: # 1 of 1

Name: UNKNOWN, SYLVESTER

Complaint#: 2010-014-10245

Nick/AKA/Maiden:
Sex: MALE
Race: BLACK
Age: 35
Date Of Birth: UNKNOWN
U.S. Citizen:
Place Of Birth:
Need Interpreter:
Language:
Accent: NO

Height: 5FT6IN
Weight: 300
Eye Color: BROWN
Hair Color: UNKNWN
Hair Length: BALD
Hair Style: BALD
Skin Tone: MEDIUM
Complexion: CLEAR
S.S. #: 0

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: STRANGER
Living together: NO
Can be Identified: YES

Gang Affiliation: NO
Name:
Identifiers:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| BUSINESS [redacted] | | | | | | | |

Phone #: BUSINE[redacted]

N.Y.C.H.A. Resident: N.Y.C. Housing Employee: On Duty:
Development: N.Y.C. Transit Employee:

Physical Force: NONE

| | | | | | |
|---|---|---|---|---|---|
| Gun: | | | | | |
| Weapon Used/Possessed: | NONE | Make: | | Recovered: | |
| Non-Firearm Weapon: | | Caliber: | | Serial Number Defaced: | |
| Other Weapon Description: | | Color: | | Serial Number: | |
| | | Type: | | | |
| | | Other/Gun Specify: | | | |
| | | Discharged: | NO | | |

| | |
|---|---|
| Used Transit System: | |
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## No IMEI Data for Complaint # 2010-014-10245

| | Tax #: | Command: | Rep.Agency: |
|---|---|---|---|
| Reporting/Investigating M.O.S. Name: PAA MORELAND NATASHA | | M PCT S | NYPD |
| Supervisor Approving Name: SGT NUGNES FRANK | | M PCT S | NYPD |
| Complaint Report Entered By: PAA MORELAND | | M PCT S | NYPD |
| Signoff Supervisor Name: SGT CAESAR | | M PCT S | NYPD |




# END OF COMPLAINT REPORT
# # 2010-014-10245




Print this Report

esis ESIS AGL Claims
P. O. Box 5127
Scranton, PA 18505-0559
800-261-4716 fax

July 09, 2013

TONY SHAW
C/O MID-STATE CORRECTIONA
PO BOX 2500
MARCY , NY 13403

**VIA CERTIFIED/
RETURN RECEIPT**

Re: Our File Number: 61804960805409
Insured: ALLIED BARTON SECURITY SERVICES, LLC
Claimant: TONY SHAW
Date of Accident: 08-25-2010

Dear **Sir or Madam :**

With reference to the above captioned matter, enclosed please find a Medicare Information Request form. Federal law requires liability, no-fault, and worker's compensation insurers, and self-insured entities, to obtain and report specific information about claimants who may also be Medicare beneficiaries. This information is reported to The Centers for Medicare and Medicaid Services, the federal agency that administers the Medicare program, for coordination of benefit purposes.

Please complete the enclosed form and return it in the self addressed envelope enclosed or to the address specified at the bottom of this letter. If you are represented by an attorney please forward this correspondence to them.

Thank you for your cooperation.

Sincerely,

*ESIS Claims*

**PLEASE RETURN COMPLETED FORM TO:**
ESIS AGL Claims
P. O. Box 5127
Scranton, PA 18505-0559


GROVELAND CORRECTIONAL FACILITY
P.O. BOX 50
SONYEA, NEW YORK 14556-0050
NAME: Tomshaw DIN: 12A2399 DORM: K-1-66
PRO SE OFFICE"
(CLERK)
United States District Court
Southern District of New York
U.S. Courthouse-500 Pearl Street
New York, N.Y. 10006
LEGAL MAIL
RECEIVED
SDNY PRO SE OFFICE
2013 NOV -1
9