Tony Shaw DIN: 12A2399
Groveland Corr. Facility
P.O. Box 50
Sonyea, New York 14556-0050

Date: November 26, 2013

PRO SE OFFICE (CLERK)
United States District Court
Southern District of New York
U.S. Court House-500 Pearl St.
New York, New York 10007

Re: Inquiring Status Of Civil Docket For Case#:1:13-cv-06885-LAP   And Civil Docket For Case#1:13-cv-4836-(LAP)?
Date Filed: 09/26/13.  Date Filed: 07/10/2013

Dear Sirs or Madam:

This letter comes to office and attention respectfully requesting your assistance and information regarding the above referenced matter.

I am writing to you at this time asking the present status of the two (2). Civil Docket Numbers for my Cases?

I sincerely would like to thank you for your time and attention as well as any consideration in this regarding matter.

Most-Respectfully,

Tony Shaw

RECEIVED SDNY PRO SE OFFICE 13 DEC -3 P 12:10

**GROVELAND CORRECTIONAL FACILITY**
P.O. BOX 50
SONYEA, NEW YORK 14556-0050

NAME: Tony Shaw   DIN: 12A2399   DORM: 2-2-3



US Pro Se Office Clerk
United States District Court
Southern District of New York
U.S. Court House - 500 Pearl Street
New York, New York 10007

LEGAL MAIL

RECEIVED
2013 DEC -3 P 12:10
SDNY PRO SE OFFICE