Tony Shaw DIN: 12A2399
Groveland Correctional Facility
P.O. Box 50
Sonyea, New York 14556-50

Date: 12/3/2013

PRO SE OFFICE (CLERK) ROOM: #230
United States District Court
Southern District of New York
U.S. Court House - 500 Pearl Street
New York, New York 10007

RECEIVED
DEC -5 2013
PRO SE OFFICE

Re: Additional-Information In Civil Docket for Case
#13-CV-04836-LAP AND #13-CV-06885-LAP, Numbers:

Dear Sirs or Madam:            Seeking-Assistance

I am writing you regarding the above reference matter. At this time, I would greatly appreciate it if you could kindly submit addendum, papers for my two (2) separate Civil Docket for the both cases herein.

Also, I respectfully request and inquire that you please forward me any and all copies that I previously and or recent documentations because it was lost. I've included herein this letter to you more- "Exhibits". I would also truly like to know my Status? As well as the total amount I owe for the two (2) separate docket numbers/filing fees? My monthly statement from "Imate Account" shows only $350.00. Thank you for your time and concern. Most-Respectfully,

Enclosed: #1 of 12-copies. "I patiently await your reply" Tony Shaw

Tony Shaw, 349-11-06308
09-09 Hazen Street
East Elmhurst, N.Y. 11370

To: Mark Grogan, Detective
    Midtown South Detective Squad
    357 West 35th Street
    New York, N.Y. 10001

August 23rd, 2011

Re: <u>Investigation</u>

Dear Mr. Grogan:

This letter will serve to confirm that I am the above name who is currently incarcerated and would like to enquire about my previous case in 255 West 43rd Street New York, N.Y. 10036 Apt 936 (Time Square) August 25th, 2010 on this date I was violated by Security Guard Sylvester, from Allied Barton Security firm/company. How is the investigation going and please send me any and all repo[rts] your earliest response w[ill] be gratefully appreciated very Many Thanks. Ton[y]

## CHRONOLOGICAL EVENTS

8/25/10 Assault occurred by Mr. Sylvester, security guard in hallway of petitioner's residence located at 255 W. 43rd St., # 936, New York City 10036

8/26/10 Petitioner reported assault to building Superintendent and counselors and was verified by hallway camera video.

8/28/10 Mr. Sylvester was terminate from employment this date, later in the day he returned to the building standing across the street as if waiting on petitioner.

8/30/10 Assault was reported to the NYPD.

8/31/10 to 9/08/10 Petitioner was receiving therapy for said assault therapy from therapist, and Doctor's John Scott and Elin Ruiz located at the Manhattan Behavioral Health Center, 80 Vandam St., 2nd. Floor, New York City 10013 (F.E.G.S.) and has remained compliant with his medication since 2007.

7/11/10 to 8/23/11 Continued in contact with Detective Mark Grogan, NYPD, Mid-Town South concerning status on investigation and requested a copy of Police Report. Det. Grogan informed Petitioner the case was closed due to my non-report. Informed me to obtain a copy of the Police Report via F.O.I.L. as at the time Petitioner was incarcerated on Rikers Island and moved from jail to jail while on psych. medication.

9/03/11 Petitioner requested Police Report from the NYPD F.O.I.L. Officer #2011-PL-5377.

2/29/12 Petitioner received copy of the original Police Report of the assault that occurred on 8/25/10.

10/15/12 Petitioner filed claim against the City of New York for the assault by Mr. Sylvester.

10/24/12 Petitioner received acknowledgment of claim, #2012PI27003.

11/24/12 Received notification of Disallowance of claim as it had been more than 90 days.

1/16/13 Petitioner filed a C.P.L.R. Article 78 Order to Show Cause for late Notice of Claim.

2/ /13 Mailed completed Application for Index Number, Poor Person Request 1101(f), and Request for Judicial Intervention against CITY of New YORK, Dept. of Homeless Services, Mr. Sylvester, and Common Ground.

11/26/12 Petitioner requested Motion For permission To File A Late Claim to The Clerk of the court of claims: And The Attorney General of the State of New York: Also Petitioner received a response from Court of Claims State of New York. (Chief Clerk)

12/7/12 Robert Abrams Building For Law And Justice. Box 7344, Capitol - Station Albany, N.Y. 12224

Tony Shaw 12A2399
Mid-State Corectional Facility
P.O. Box 2500
Marcy, N.Y. 13403

Common Ground
505 8th Ave 5th Floor
N.Y. N.Y. 10018

Date: 1/22/13

RE: REQUEST FOR INFORMATION ON INCIDENTS
    DATED AUGUST 25, 2010

Sir/Ma'am,

My name is Tony Shaw, and I am presently an inmate at a New Yo York state Correctional Facility. The reason that I write this letter to tis organization is on the date of August 25, 2010 I was a victim of a sexual attack at one of your SRO's.

As I said the date was August 25, 2010, while I was assualted by a Guard named "sylvester" whhoemployed there as a security gaurd with "Allied Barton" security firm.

Hewascorted me to my room, whereas he assualted me sexually. This incident was report to Sr., Counselor Paul Dorasen, as well as the Building director,wo I know only as "seth".

A police report was made. Copies can be made upon request.

The reason that I am writing this letter is that I would like any/all information that youhhave on this incident. It was logged in you "log Book". An incident report was made, becuase as a direct result of tis altercation,this security Guard was fired!

There is no such thing as too little information.

At this time I sincerely thank you for your time and attention in tis matter. I look forward to a timely response.

Sincerely,

Tony Shaw

cc:   File

Tony Shaw 12A2399
Mid-State Correctional Facility
P.O. Box 2500
Marcy, N.Y. 13403

CITY COMPTROLLER
OF THE CITY OF NEW YORK
1 Centre Street
New York, N.Y. 10007

Date: 2/8/13

ATTN: DAVID BARBARO
    Bureau of Law and Adjustment

CASE # 2012P1001884
    SECOND REQUEST/REPLY TO LETTER DATED 1/8/13

Mr. Barbaro,

I am in receipt of your letter which was dated 1/8/13. In it you said that the above matter was still under investigation. AS of this date, I have yet to receive any further corresponse in this matter.

I realize that you have alot of cases pending, I am just inquiring as to the status of this investigation.

Please free to contact me at the above address if there are any new Develope-ments in this matter.

At this time I would like to thank you for your time and attention in this matter. I look forward to both a timely and favorible response.

                                                Sincerely,
                                                Tony Shaw

cc:    file

Tony Shaw 12A2399
Mid-State Correctional Facility
P.O. Box 2500
Marcy, N.Y. 13403

THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
1 Centre Street
N.Y. N.Y. 10007

Date: March 8, 2013

CLAIM: 2012P1001884
**REPEATED REQUEST FOR INFORMATION ABOUT INVESTIGATION**

ATTN: Mr. David Barbaro
      Bureau of Law and Adjustment.

Mr. Barbaro,

Sir, I must say that I am a little dismayed. I have written to you and this office on NUmerous occasions, and have yet to receive ONE response.

The letters that I have sent, the last one dated 2/8/13 has gone un-answered. As per letter dated 1/8/13, This matter was still under investigations. What, if any finds were found?

While I am presently not represented by counsel, I am open to negotiations in regards to this matter. As I have said time and time again, I did NOT arrive on Riker's Island with this ailment. I can provide medical records to support this claim.

Therefore, I kindly request that you provide with the findings of your "investigation", or open the chance for A settlement negotiations in this matter.

As you can see from the above address, I am presently an Inmate in a State Corrections facility, and as such, My resources are limited at best. My Statute of time is approaching, and I would like to resolve this matter.

At this time, as always I thank you for your time and attention in this matter. I again, request a timely response.

Sincerely,

Tony Shaw

cc; File

_____*Tony Shaw*_____
                    Claimant.

-against-                                              (NOTICE OF CLAIM)

THE CITY OF NEW YORK,
                    Defendant.

TO:   COMPTROLLER OFFICE
      OF THE CITY OF NEW YORK:

PLEASE TRAKE NOTICE that the claimant herein hereby makes this claim and demand against the City of New York as follows:

[1]. The name and post-office address of the claimant is as follows:

Mr. *Tony Shaw*
B&C NO: **349-11-06308**
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, New York 11370

[2]. The nature of the claim is as follows:

**H. Pylori (upper Respiratory infection)**

[3]. The time when, the place where, and the manner in which the claim arose: **December 5th, 2011 In G.R.V.C. Facility**

[1]

(AFFIDAVIT OF SERVICE)

STATE OF NEW YORK )
COUNTY OF BRONX   ) ss:

I, __Tony Shaw__, being duly sworn, deposes and says:

That I am the Claimant in the above-entitled action and that I have on this __31__ day of __January__ 201__2__, served by Certified Mail Return Receipt Requested, a true copy of the within Notice of Claim against the City of New York, upon the Comptroller of the City of New York, at the below address:

    Office of the Comptroller
    Of The City Of New York
    1 Centre Street, Room 530
    New York, New York 10007

Respectfully Submitted,

_Tony Shaw_
Claimant / pro-se
349-11-06308

Sworn to before me this
__3__ day of __January__ 201__2__
NOTARY PUBLIC

Andre Bethea
Notary Public State Of New York
Kings County
NO. 01BE6191493
Commission Expires Aug. 18 2012

[3]

[4]. The items of damage or injuries claimed are:

**H. Pylori (upper Respiratory infection) Helicobacter Anti-Body Bacteria**

The claim and demand is hereby presented for adjustment and payment. **THREE MILLION DOLLARS**

PLEASE TAKE FURTHER NOTICE that by reason of the foregoing in default of the City of New York to pay to, the claimant his claim within the time limited for compliance with this demand by the City of New York by the applicable statutes, claimant intends to commence an action against the City of New York to recover his damages with interest and costs.

Dated: East Elmhurst, New York
January 31, 2012

Respectfully Yours,

*Tony Shaw*
__Tony Shaw__
Claimant  pro-se

[2]



**THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER**
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

**John C. Liu**
COMPTROLLER

015 - 216

Date: 09/18/2013

TONY SHAW 12A2399
GROVELAND CORRECTIONAL PO BOX 50
SONYEA, NY 14556

Re.: Claim # 2012PI001884
Claimant: TONY SHAW 12A2399
Occur Date: 12/05/2011
Filed Date: 01/19/2012

Dear TONY SHAW 12A2399

This is in reference to your claim for damages, which is closed.

You were previously advised that if your claim is not resolved and you wish to pursue your claim against the City, you may bring a suit against the City if it is started **within one year and ninety days from the date of occurrence,** as per Section 50-I of the General Municipal Law. This notice is being sent to advise you that the one year and ninety day period has elapsed.

Very truly yours,

DAVID BARBARO
Bureau of Law and Adjustment

(212) 669-4445

HEALTHDIRECT PHARMACY SERVICES
KINNEY DRUGS #60 515 STEWART
DRIVE WEST  NORTH SYRACUSE, NY 13212
Phone: 866-220-7383

Date: 04/03/2013          Clinical Drug Information           Page 01
                          Customer Name: SHAW,TONY            NH: GROV

     Item Number 006037   Drug OMEPRAZOLE 20 MG CAPS          RX#:0690456

Report Side Effects to the FDA by Phone at 1-800-332-1088

IMPORTANT: HOW TO USE THIS INFORMATION:  This is a summary and  does NOT have all possible information about this product. This  information does not assure that this product is safe, effective,  or appropriate for you. This information is not individual medical advice and does not substitute for the advice of your  health care professional. Always ask your health care  professional for complete information about this product and your specific health needs.

DRUG CATEGORY: OMEPRAZOLE DELAYED-RELEASE CAPSULE - ORAL

USES:
Omeprazole is used to treat certain stomach and esophagus  problems (such as acid reflux, ulcers). It works by decreasing  the amount of acid your stomach makes. It relieves symptoms such  as heartburn, difficulty swallowing, and persistent cough. This medication helps heal acid damage to the stomach and esophagus,  helps prevent ulcers, and may help prevent cancer of the  esophagus. Omeprazole belongs to a class of drugs known as proton pump inhibitors (PPIs).  If you are self-treating with this medication, over-the-counter omeprazole products are used to treat frequent heartburn (occurring 2 or more days a week). Since it may take 1 to 4 days to have full effect, these products do not relieve heartburn right away.  For over-the-counter products, carefully read the package  instructions to make sure the product is right for you. Check the  ingredients on the label even if you have used the product before. The manufacturer may have changed the ingredients. Also, products with similar brand names may contain different ingredients meant for different purposes. Taking the wrong product could harm you.

COMMON BRAND NAME(S): Prilosec

HOW TO USE:
Read the Medication Guide and the Patient  Information Leaflet if available from your pharmacist before you start taking omeprazole and each time you get a refill. Take this medication by mouth as directed by your doctor,  usually once daily, before a meal. If you are self-treating,  follow all directions on the product package. Dosage and length  of treatment are based on your medical condition and response to treatment. Do not increase your dose or take this drug more often  than directed. If you have any questions, ask your doctor or pharmacist.  Do not crush, break, or chew this medication. Swallow the  capsules whole. If you have trouble swallowing the capsule, you  may open the capsule if it is not sealed and carefully sprinkle its contents on a spoonful of soft, cool applesauce. Swallow all  of the mixture right away without chewing it. Then drink a glass  of cool water to make sure you have swallowed all of the dose. Do  not prepare the mixture ahead of time for later use. Doing so may destroy the drug.  If needed, antacids may be taken along with this medication.  If you are also taking sucralfate, take omeprazole at least 30 minutes before sucralfate.  Use this medication regularly to get the most benefit from it. To help you remember, take it at the same time each day. Continue to take this medication for the prescribed length of treatment  even if you are feeling better. If you are self-treating with the  over-the-counter product, do not take it for more than 14 days unless directed by your doctor.  Tell your doctor if your condition persists or worsens. If you  are self-treating, tell your doctor if your heartburn persists  after 14 days or if you need to use this medication more

```
KICSM28                         ICAS SYSTEM                        11/27/13
LAST DIN: 13A3698        208-INMATE ACCOUNT STATUS                 14:26:19
                            46 GROVELAND              NEXT DIN:
   DIN - 12A2399   FULL NAME - SHAW TONY
  SHORT NAME - TSHA   NYSID - 04781520Y   LOCATION - 0L-02-003
   FROM FACILITY - 48    DATE OF ADMISSION - 04/03/13
    TO FACILITY -       TYPE -    DATE OUT -          D.O.B. - 05/20/65
   BUYDAY - L   COMM BUYLIST AMT -     7.03   INMATE SPENDABLE -      0.00
   WRK RLSE ST-    START-           TERM-         EARLIEST RELSE DTE- 08/14/2014
 * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
    CURRENT BALANCE-       35.55   BALANCE FORWARD -    38.59    LAG DAYS
   WORK RELEASE LTD-        0.00   PAYROLL MTD -        11.60       15
    COMM FOR PERIOD-        0.00   COMM MTD -           14.07
   DISBURSEMENTS MTD-      14.65   RECEIPTS MTD -       11.61    LAG AMOUNT
                                                                   12.48

     DATE    REASON     COMMENT            COUNTY/ORI   CASE     TOTAL    COLLECTED
   10/18/12  GATE MON   AUTO GATE MONEY                          27.52      27.52
   10/22/13  USDC SDNY  134836                                  350.00       1.00


   TOT ADV/ENC:       377.52  TOT ADV/ENC COLLECT:      28.52
    ADD'L ENC - <PF1>    TRANS HIST - <PF5>   121-DISP. - <PF9>   MENU - <PF12>
```

You'll need to talk to Program Committee or have your CO call or put in for a raise.

**GROVELAND CORRECTIONAL FACILITY**
P.O. BOX 50
SONYEA, NEW YORK 14556-0050

NAME: Tony Shaw    DIN: 12A2399    DORM: L-2-3.

Pro Se Office (Clerk)    Room: #230
United States District Court
Southern District of New York
U.S. Court House - 500 Pearl Street
New York, New York 10007

LEGAL MAIL